| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Lewis, Peter C. | 2. Court or Organization Southern District of California | 3. Date of Report 04/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge - full time | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |
| 7. Chambers or Office Address United States Courthouse 2003 W. Adams El Centro, CA 92243 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage Account #1 (H) | | | | | | | | | |
| 2.  LPL Financial (cash holding acct) | A | Interest | J | T | | | | | |
| 3.  Abbvie Inc (ABBV) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 4.  Air Products & Chemicals (APD) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 5.  Altria Group Inc (MO) | | None | J | T | Buy | 09/24/18 | J | | |
| 6.  Apple Inc (AAPL) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 7.  Automatic Data Processing (ADP) | | None | J | T | Buy | 09/24/18 | J | | |
| 8.  Allergan PLC Ser A (AGN'A) | A | Dividend | | | Sold | 03/01/18 | J | | |
| 9.  Allergan PLC (AGN) | A | Dividend | | | Buy | 03/01/18 | J | | |
| 10. | | | | | Sold | 09/24/18 | J | | |
| 11. AngloGold Ashanti (AU) | A | Dividend | | | Sold | 09/24/18 | J | A | |
| 12. Arcelor Mittal (MT) | A | Dividend | | | Sold | 09/24/18 | J | C | |
| 13. Ashford Hospitality Trust (AHT) | A | Dividend | | | Sold | 09/24/18 | J | A | |
| 14. Boeing (BA) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 15. CNX Midstream Partners (CNXM) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 16. Community Trust Bancorp (CTBI) | | None | J | T | Buy | 09/24/18 | J | | |
| 17. Chevron Corp (CVX) | B | Dividend | | | Sold | 09/24/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Consolidated Water Co (CWCO) | A | Dividend | | | Sold | 09/24/18 | J | B | |
| 19. Crescent Point Energy (CPG) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 20. CVS Health Corp (CVS) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 21. Digital Realty Trust (DLR) | | None | J | T | Buy | 09/24/18 | J | | |
| 22. Drive Shack (DS) | A | Dividend | | | Sold | 09/24/18 | J | A | |
| 23. FedEx Corp (FDX) | | None | J | T | Buy | 09/24/18 | J | | |
| 24. Freeport McMoran (FCX) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 25. Gold Fields Ltd (GFI) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 26. Hecla Mining Co (HL) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 27. Hugoton Royalty Trust (HGT) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 28. Huntington Bancshares (HBAN) | | None | J | T | Buy | 09/24/18 | J | | |
| 29. Independence Realty Trust (IRT) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 30. | | | | | Sold | 09/24/18 | J | B | |
| 31. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 32. Kinder Morgan Inc Ser A (KMI'A) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 33. Macquarie Infrastructure Corp (MIC) | | None | | | Buy | 05/21/18 | J | | |
| 34. | | | | | Sold | 09/24/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Marriott Intl (MAR) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 36. McDonalds Corp (MCD) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 37. Medtronic PLC (MDT) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 38. Merck & Co (MRK) | A | Dividend | | | Sold | 09/24/18 | J | C | |
| 39. MFC Bancorp (MFCB) | | None | | | Sold | 09/24/18 | J | | |
| 40. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 41. New Senior Invt Grp (SNR) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 42. PBF Logistics Ltd Partnership (PBFX) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 43. Pan American Silver Corp (PAAS) | A | Dividend | | | Sold | 09/24/18 | J | B | |
| 44. Precision Drilling Corp (PDS) | | None | | | Sold | 09/24/18 | J | | |
| 45. Qualcomm Inc (QCOM) | A | Dividend | | | Sold | 09/24/18 | J | C | |
| 46. Realty Income Corp (O) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 47. Scorpio Tankers Inc (STNG) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 48. Sibanye Stillwater (SBGL) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 49. Southern Company (SO) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 50. Stag Industrial Inc (STAG) | A | Dividend | | | Sold | 09/24/18 | J | C | |
| 51. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Store Capital Corp (STOR) | A | Dividend | J | T | Buy | 02/26/18 | J | | |
| 53. Tallgrass Energy Ltd Partnership (TGE) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 54. TEVA Pharmaceutical Inds (TEVA) | | None | | | Buy (add'l) | 05/21/18 | J | | |
| 55. | | | | | Sold | 09/24/18 | J | | |
| 56. Tyson Foods Inc (TSN) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 57. UMH Properties Inc (UMH) | A | Dividend | | | Sold | 09/24/18 | J | C | |
| 58. Ventas Inc (VTR) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 59. WP Carey Inc (WPC) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 60. Welltower Inc (HCN) | A | Dividend | J | T | Buy (add'l) | 09/24/18 | J | | |
| 61. 3M Company (MMM) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 62. Yamana Gold Inc (AUY) | A | Dividend | | | Sold | 09/24/18 | J | B | |
| 63. Aberdeen Asia Pac Inc Fd (FAX) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 64. Aberdeen Global Inc Fd (FCO) | A | Dividend | | | Sold | 09/24/18 | J | B | |
| 65. Ares Capital Corp (ARCC) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 66. Etfis Ser Tr I Infracap Active MLP ETF (AMZA) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 67. | | | | | Sold | 09/24/18 | J | | |
| 68. Enterprise Products Partners (EPD) | A | Dividend | J | T | Buy | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Holly Energy Partners (HEP) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 70.  Goldman Sachs MLP Energy Ren Fd (GER) | A | Dividend | | | Sold | 09/24/18 | J | | |
| 71.  MPLX Ltd Partnership (MPLX) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 72.  Voya Infrastructure Indls & Materials (IDE) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 73. | | | | | Sold | 09/24/18 | J | | |
| 74.  IRA #1 (H) | | | | | | | | | |
| 75.  LPL Financial (cash holding acct) (Y) | | | | | | | | | |
| 76.  JP Morgan US Govt Money Market Fund (Cash Acct) | A | Interest | K | T | Buy | 11/23/18 | P1 | | |
| 77. | | | | | Sold (part) | 11/26/18 | P1 | | |
| 78.  Abbvie Inc (ABBV) | | None | K | T | Buy | 11/21/18 | K | | |
| 79.  Air Products & Chemicals Inc (APD) | | None | K | T | Buy | 11/21/18 | K | | |
| 80.  Altria Group (MO) | | None | K | T | Buy | 11/21/18 | K | | |
| 81.  Apple Inc (AAPL) | | None | K | T | Buy | 11/21/18 | K | | |
| 82.  Automatic Data Processing (ADP) | | None | K | T | Buy | 11/21/18 | K | | |
| 83.  Boeing Co (BA) | | None | K | T | Buy | 11/21/18 | K | | |
| 84.  CNX Midstream Partners (CNXM) | | None | K | T | Buy | 11/21/18 | K | | |
| 85.  Community Trust Bancorp Inc (CTBI) | | None | K | T | Buy | 11/21/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Digital Realty Trust (DLR) | | None | K | T | Buy | 11/21/18 | K | | |
| 87. FedEx Corp (FDX) | | None | K | T | Buy | 11/21/18 | K | | |
| 88. Huntington Bancshares Inc (HBAN) | | None | K | T | Buy | 11/21/18 | K | | |
| 89. Gramercy Property Trust (GPT) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 90. | | | | | Sold | 10/11/18 | J | A | |
| 91. Hugoton Royalty Trust (HGT) (Y) | | | | | | | | | |
| 92. Interpublic Group Co (IPG) | A | Dividend | | | Sold (part) | 05/21/18 | J | A | |
| 93. | | | | | Sold | 11/21/18 | J | B | |
| 94. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 11/21/18 | K | | |
| 95. Macquarie Infrastructure Corp (MIC) | A | Dividend | | | Buy | 05/21/18 | J | | |
| 96. | | | | | Sold | 11/21/18 | J | | |
| 97. Marriott Intl Inc (MAR) | | None | K | T | Buy | 11/21/18 | K | | |
| 98. McDonalds Corp (MCD) | A | Dividend | K | T | Buy | 11/21/18 | K | | |
| 99. Medtronic PLC (MDT) | | None | K | T | Buy | 11/21/18 | K | | |
| 100. Microsoft Corp (MSFT) | | None | K | T | Buy | 11/21/18 | K | | |
| 101. Natural Resource Partners (NRP) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 102. | | | | | Sold | 11/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PBF Logistics Ltd Partnership (PBFX) | | None | K | T | Buy | 11/21/18 | K | | |
| 104. Realty Income Corp (O) | A | Dividend | K | T | Buy | 11/21/18 | K | | |
| 105. Southern Company (SO) | | None | K | T | Buy | 11/21/18 | K | | |
| 106. Starbucks Corp (SBUX) | | None | K | T | Buy | 11/12/18 | K | | |
| 107. Store Capital Corp (STOR) | | None | K | T | Buy | 11/21/18 | K | | |
| 108. Tallgrass Energy Ltd Partnership (TGE) | | None | K | T | Buy | 11/21/18 | K | | |
| 109. Tyson Foods Inc (TSN) | A | Dividend | K | T | Buy | 11/21/18 | K | | |
| 110. UMH Properties (UMH) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 111. | | | | | Sold | 11/21/18 | J | A | |
| 112. Ventas Inc (VTR) | | None | K | T | Buy | 11/21/18 | K | | |
| 113. WP Carey Inc (WPC) | | None | K | T | Buy | 11/21/18 | K | | |
| 114. Welltower Inc (WELL) | | None | K | T | Buy | 11/21/18 | K | | |
| 115. 3M Company (MMM) | | None | K | T | Buy | 11/21/18 | K | | |
| 116. Ares Capital Corp (ARCC) | A | Dividend | | | Sold | 11/21/18 | J | A | |
| 117. Enterprise Products (EPD) | | None | K | T | Buy | 11/21/18 | K | | |
| 118. Holly Energy Partners (HEP) | | None | K | T | Buy | 11/21/18 | K | | |
| 119. MPLX Ltd Partnership (MPLX) | | None | K | T | Buy | 11/21/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ETFIS Ser Tr I Infracap Active MLP ETF (AMZA) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 121. | | | | | Sold | 11/21/18 | J | | |
| 122. IRA #2 (H) | | | | | | | | | |
| 123. LPL Financial (cash holding acct) | A | Interest | J | T | | | | | |
| 124. Air Products & Chemicals (APD) | | None | J | T | Buy | 09/28/18 | J | | |
| 125. Apple Inc (AAPL) | | None | J | T | Buy | 09/28/18 | J | | |
| 126. Community Trust Bancorp Inc (CTBI) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 127. Digital Realty Trust Inc (DLR) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 128. Drive Shack (DS) | | None | | | Sold | 09/28/18 | J | A | |
| 129. Independence Realty Trust (IRT) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 130. | | | | | Sold | 09/28/18 | J | A | |
| 131. McDonalds Corp (MCD) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 132. Mizuho Financial Group (MFG) | A | Dividend | | | Sold | 09/28/18 | J | A | |
| 133. PBF Logistics Ltd Part (PBFX) (Y) | | | | | Buy | 09/28/18 | J | | |
| 134. Realty Income Corp (O) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 135. Starbucks Corp (SBUX) (X) | | None | J | T | | | | | |
| 136. Store Capital Corp (STOR) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Tallgrass Energy Ltd Part (TGE) (X) | | None | J | T | | | | | |
| 138. UMH Properties (UMH) | A | Dividend | | | Buy (add'l) | 02/26/18 | J | | |
| 139. | | | | | Sold | 09/28/18 | J | B | |
| 140. WP Carey Inc (WPC) | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 141. Welltower Inc (HCN) | A | Dividend | J | T | Sold (part) | 09/28/18 | J | A | |
| 142. XL Bermuda (XL) (Y) | | | | | | | | | |
| 143. Ares Capital Corp (ARCC) | A | Dividend | | | Sold | 09/28/18 | J | | |
| 144. Goldman Sachs MLP Energy Ren Fd (GER) | A | Dividend | | | Buy | 02/26/18 | J | | |
| 145. | | | | | Sold | 09/28/18 | J | | |
| 146. MPLX Ltd Partnership Repstg Ltd Part (MPLX) | | None | J | T | Buy | 09/28/18 | J | | |
| 147. Trust #1, Account 1 (H) | | | | | | | | | |
| 148. Morgan Stanley Sweep Account (cash) | A | Interest | L | T | | | | | |
| 149. Apple Inc (AAPL) | B | Dividend | L | T | | | | | |
| 150. AT&T Inc (T) | C | Dividend | L | T | | | | | |
| 151. Chevron (CVX) | C | Dividend | M | T | Sold (part) | 01/08/18 | M | C | |
| 152. Crown Castle Intl Corp (CCI) | B | Dividend | L | T | Buy | 08/02/18 | L | | |
| 153. Dominion Res Inc (D) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Energy Transfer Eqty LP (ETE) | D | Dividend | M | T | Sold (part) | 01/08/18 | L | D | |
| 155. Enterprise Products Partners LP (EPD) | D | Dividend | L | T | | | | | |
| 156. Glaxosmithkline PLC ADS (GSK) | B | Dividend | K | T | | | | | |
| 157. Honeywell International Inc (HON) | B | Dividend | L | T | | | | | |
| 158. Kinder Morgan Energy Partners (KMI) | B | Dividend | K | T | Sold (part) | 01/08/18 | K | | |
| 159. Merck & Co Inc New Com (MRK) | B | Dividend | K | T | | | | | |
| 160. Nextera Energy (NEE) | C | Dividend | M | T | | | | | |
| 161. Pepsico Inc NC (PEP) | B | Dividend | L | T | | | | | |
| 162. Phillip Morris Intl (PM) | C | Dividend | L | T | | | | | |
| 163. Plains All American (PAA) | C | Dividend | K | T | | | | | |
| 164. PPL Corp (PPL) | B | Dividend | K | T | | | | | |
| 165. Union Pacific Corp (UNP) | A | Dividend | K | T | | | | | |
| 166. Verizon Communications (VZ) | D | Dividend | M | T | | | | | |
| 167. Vodafone Group PLC (VOD) | B | Dividend | K | T | | | | | |
| 168. Welltower Inc (HCN) | C | Dividend | L | T | | | | | |
| 169. Western Gas Partners (WES) | D | Dividend | L | T | Sold (part) | 08/02/18 | L | | |
| 170. Maricopa Cnty Ariz Sch Dist NO 065 Littleton Sch Impt SER-A (567320GH3 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Maricopa Cnty Ariz Sch Dist NO 4 Mesa UN (566897VH4) | C | Interest | M | T | | | | | |
| 172. Yuma & La Paz Cnty Ariz Cmnty Coll StRef 07/01/2025 (988505FZ1) | | None | K | T | Buy | 08/01/18 | K | | |
| 173. Yuma Cnty Ariz Free Libr Dist Ref (988589CK1) | B | Interest | L | T | | | | | |
| 174. MS Floating Rate Note Based on US CPI | C | Interest | L | T | | | | | |
| 175. BAC Fixed to Floating Rate Note Based on CPI 3.46 (06048WCC2) | C | Interest | L | T | | | | | |
| 176. BAC Fixed to Floating Rate Note Based on CPI 3.74 (06048WFM7) | B | Interest | L | T | | | | | |
| 177. US Treasury Note 06/30/2020 (912828XY1) | A | Interest | L | T | Buy | 08/01/18 | L | | |
| 178. American Exp (cash) | B | Interest | K | T | | | | | |
| 179. Ally BK Midvale UT CD (02006L5U3) | A | Interest | K | T | | | | | |
| 180. First National BK (cash) | B | Interest | L | T | | | | | |
| 181. Sychrony 2400 (cash) | B | Interest | L | T | | | | | |
| 182. Invesco Muni Income A (VKMMX) | E | Interest | N | T | | | | | |
| 183. Goldman Sachs (cash) | B | Interest | | | Redeemed | 07/25/18 | L | | |
| 184. Trust #1, Account 2 (H) | | | | | | | | | |
| 185. Morgan Stanley Sweep Account (cash account) | A | Interest | K | T | | | | | |
| 186. Abbott Labs (ABT) | B | Dividend | M | T | | | | | |
| 187. Abbvie Inc. (ABBV) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Alphabet Inc CL A (GOOGL) | | None | K | T | | | | | |
| 189. Amazon Com Inc (AMZN) | | None | K | T | | | | | |
| 190. Bristol Myers Squibb Co (BMY) | B | Dividend | L | T | | | | | |
| 191. Chevron (CVX) | D | Dividend | M | T | | | | | |
| 192. Exxon Mobil (XOM) | D | Dividend | N | T | Sold (part) | 01/08/18 | M | | |
| 193. General Electric (GE) | C | Dividend | L | T | Sold (part) | 01/08/18 | L | | |
| 194. | | | | | Sold (part) | 08/02/18 | K | | |
| 195. General Mills (GIS) | B | Dividend | K | T | | | | | |
| 196. Intel Corp (INTC) | B | Dividend | L | T | | | | | |
| 197. Johnson & Johnson (JNJ) | C | Dividend | M | T | | | | | |
| 198. Kraft Heinz Co (KHC) | B | Dividend | L | T | Buy | 08/02/18 | L | | |
| 199. Merck & Co Inc New Com (MRK) | C | Dividend | M | T | | | | | |
| 200. Phillips 66 (PSX) | B | Dividend | K | T | | | | | |
| 201. Procter & Gamble Co (PG) | B | Dividend | L | T | | | | | |
| 202. United Technologies Corp (UTX) | B | Dividend | L | T | | | | | |
| 203. Wells Fargo & Co (WFC) | E | Dividend | N | T | Sold (part) | 01/08/18 | M | E | |
| 204. | | | | | Sold (part) | 08/02/18 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Trust #1, Misc. Holdings (H) | | | | | | | | | |
| 206. Lot, Kern County, CA (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 133: Following a reportable transaction, this holding became unreportable without a corresponding reportable transaction.

Part VII, line 182: Symbol change only.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544